

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00272-CV

## IN RE JOHN W. BANOS

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator John W. Banos filed a petition for writ of mandamus, but he subsequently recognized in a letter to us that it is moot.[1]  Accordingly, we dismiss the petition for writ of mandamus as moot.


REX D. DAVIS
Justice

---

[1] Banos's petition has several procedural deficiencies.  It does not include the certification required by Rule of Appellate Procedure 52.3(j).  *See* TEX. R. APP. P. 52.3(j).  It also lacks an appendix and a certified or sworn record, as required by Rules 52.3(k) and 52.7(a)(1).  *See id.* 52.3(k), 52.7(a)(1).  And it lacks proof of service on the real parties in interest.  *See id.* 9.5, 52.2.  Finally, Banos's indigence affidavit is inadequate. *See id.* 20.1(b).  Because this proceeding is moot and to expedite our disposition of it, we will implement Rule 2 and suspend these rules in this proceeding only.  *Id.* 2.  We further note that Banos failed to file his underlying notice of appeal with this Court, (*see id.* 25.1(e)), which action might have obviated this original proceeding.

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Opinion delivered and filed August 31, 2011
[OT06]